AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-40067-SMY |
| | ) | |
| ANTHONY SINGLETON | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ANTHONY SINGLETON                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Forging signature of a Federal Judge, in violation of Title 18, United States Code, Section 505.


Date:  08/04/2015

*Melinda S. Duncan for*
Issuing officer's signature

City and state:  Benton, IL

*Justin M. Flanagan*
Printed name and title
*Acting Clerk*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |
| Date: _____ |
| _____ |
| Arresting officer's signature |
| _____ |
| Printed name and title |